23-3720 Home Depot Inc v. Steadfast